George E. Unger and Others, Respondents, v. John C. Millar, Individually, etc., and Another, Appellants.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Katherine G. McLean, as Administratrix, etc., Respondent, v. George P. Wurtz and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Robina Cuthbert, as Administratrix, etc., Respondent. v. Cylinder Paper Company, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.